THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OLEKSANDR WASHINGTON,** *Administrator of the Estate of Max Burakho* | : |
| Plaintiff, | : 3:23-CV-01632 |
| | : (JUDGE MARIANI) |
| v. | : |
| **TROOPER SETH BROWN,** *et al.*, | : |
| Defendants. | : |

## ORDER

**AND NOW, ON THIS 15th DAY OF MAY 2024**, upon consideration of the Rule 12(b)(6) Motion to Dismiss (Doc. 6) filed by Defendant Pennsylvania State Police, and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 6) is **DENIED.**

Robert D. Mariani
United States District Judge